Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
Sara Victoria M. Pitt (State Bar No. 317611)
sara.pitt@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: 310.201.4728
Facsimile: 310.201.4721

Bradford Newman (State Bar No. 178902)
bradford.newman@bakermckenzie.com
Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304
Telephone: 650.856.2400
Facsimile: 650 856 9299

Attorneys for Defendants
GOOGLE LLC and
GOOGLE PAYMENT CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SPARKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC and<br>GOOGLE PAYMENT CORP.<br><br>Defendants. | Case No. 5:21-cv-01516-EJD<br><br>Date Action Filed: March 3, 2021<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO STAY RESPONSE DATE AND ALL OTHER CASE DEADLINES**<br><br>**CLASS ACTION**<br><br>**Courtroom: 4 - 5th Floor<br>Before The Honorable Edward J. Davila**<br><br>**San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA 95113** |

1

Baker & McKenzie LLP
10250 Constellation Blvd.,
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 5:21-cv-02100-EJD
[~~PROPOSED~~] ORDER RE STIPULATION STAYING RESPONSE DATE

### [~~PROPOSED~~] ORDER

Upon consideration of the Stipulation Staying Response Date And All Other Case Deadlines entered into between Plaintiff John Sparks, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants Google LLC and Google Payment Corp. ("Defendants") (collectively the "Parties") in this case pending a decision by the United States Judicial Panel on Multidistrict Litigation ("JPML") on the transfer of this case to *In Re Google Play Store Simulated Casino-Style Games Litigation*, MDL Case No. 3001; upon consideration of all documents, files, and pleadings in this action; and upon

**GOOD CAUSE SHOWN,** it is hereby **ORDERED** that:

**1.** The Parties' request for a stay of Defendants' deadline to respond to the complaint, as well as for a stay of all other case deadlines, is hereby **GRANTED**; and

**2.** Those deadlines are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In Re Google Play Store Simulated Casino-Style Games Litigation*, MDL Case No. 3001.

**3.** The case management conference scheduled for June 17, 2021 is continued to July 8, 2021 at 10 a.m. The parties' joint statement is due June 28, 2021.

**IT IS SO ORDERED.**

Dated: May 12, 2021

_____
The Honorable Edward J. Davila